# EXHIBIT A

**Plaintiff respectfully requests a trial by jury in this matter.**







