UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GREGORY ROYAL, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | **1:25-cv-188-ADA-ML** |
| | § | |
| KIRK PRESTON WATSON, | § | |
| MAYOR; THE CITY OF AUSTIN, | § | |
| TEXAS; ROBIN HENDERSON, | § | |
| FORMER CHIEF OF POLICE; | § | |
| LISA DAVIS, CHIEF OF POLICE; | § | |
| CITY OF AUSTIN POLICE | § | |
| DEPARTMENT; RICHARD | § | |
| MENDOZA, TRANSPORTATION | § | |
| AND PUBLIC WORKS | § | |
| DIRECTOR; and | § | |
| TRANSPORTATION AND PUBLIC | § | |
| WORKS, | § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane. Dkt. 4. The report and recommendation addressed the merits of Plaintiff's complaint as well as Plaintiff's Motion to Stay Case (Dkt. 3). The report and recommendation recommended that Plaintiff's claims be **DISMISSED WITH PREJUDICE** and that the Motion to Stay (Dkt. 3) be **MOOTED**. Judge Lane issued the report and recommendation on October 28, 2025. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of

the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Lane's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. 4) is **ADOPTED**.

Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**. Plaintiff's Motion to Stay Case (Dkt. 3) is hereby **MOOTED**.

**SIGNED** on February 5, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE