# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| GREGORY ROYAL, § | | |
| *Plaintiffs,* § | | |
| § | | |
| v. § | 1:25-cv-188-ADA-ML | |
| § | | |
| KIRK PRESTON WATSON, § | | |
| MAYOR; THE CITY OF AUSTIN, § | | |
| TEXAS; ROBIN HENDERSON, § | | |
| FORMER CHIEF OF POLICE; § | | |
| LISA DAVIS, CHIEF OF POLICE; § | | |
| CITY OF AUSTIN POLICE § | | |
| DEPARTMENT; RICHARD § | | |
| MENDOZA, TRANSPORTATION § | | |
| AND PUBLIC WORKS § | | |
| DIRECTOR; and § | | |
| TRANSPORTATION AND PUBLIC § | | |
| WORKS, § | | |
| *Defendants.* § | | |

## FINAL JUDGMENT

On February 5, 2026, the Court adopted the Report and Recommendation of United States Magistrate Judge Mark Lane and dismissed Plaintiff's claims with prejudice. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED** that the Clerk's Office is respectfully directed to **CLOSE** this case.

**SIGNED** on February 5, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE